# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CIVIL NO. 2:08CV11

| | |
|---|---|
| **SOUTHERN FOUR WHEEL DRIVE CLUB,** *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| Vs. | )     **O R D E R**<br>) |
| **UNITED STATES FOREST SERVICE,** *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER** is before the Court on the Plaintiffs' motion for admission *pro hac vice* of Paul A. Turcke, to appear as counsel in this matter.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiffs' motion is **ALLOWED**, and Paul A. Turcke, is hereby granted special admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

2

Signed: September 18, 2008

*(signature)*

Lacy H. Thornburg
United States District Judge