# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION

### CIVIL NO. 2:08CV11

| | |
|---|---|
| **SOUTHERN FOUR WHEEL DRIVE CLUB,** *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>Vs. )<br>)<br>**UNITED STATES FOREST SERVICE,** *et al.*, )<br>)<br>Defendants. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiffs' motion for admission *pro hac vice* of Carla Boucher to appear as counsel in this matter.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiffs' motion is **ALLOWED**, and Carla Boucher is hereby granted special admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

Signed: September 22, 2008

Lacy H. Thornburg
United States District Judge