IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL NO. 2:08CV11

| | | |
|---|---|---|
| SOUTHERN FOUR WHEEL DRIVE CLUB, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | **O R D E R** |
| UNITED STATES FOREST SERVICE, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court on the motion of Trout Unlimited, Public Employees for Environmental Responsibility, and Wild South (collectively, the Applicants) to intervene as Defendants herein. **Motion to Intervene as Defendants, filed September 16, 2008.**

Plaintiffs Southern Four Wheel Drive Club, United Four Wheel Drive Associations, and the Blueribbon Coalition have filed a notice with the Court stating they do not object to the Applicants' motion. **Plaintiffs' Response and Non-Opposition to Motion to Intervene, filed October 6, 2008.** Likewise, the Applicants inform the Court that Defendants United

States Forest Service, Nantahala National Forest, and Marisue Hilliard have confirmed that they do not oppose the motion.  **Memorandum of Law in Support of Motion to Intervene, filed September 16, 2008, at 2 n.1.**

For the reasons stated in the Applicants' motion to intervene, and with agreement from all parties to this action,

**IT IS, THEREFORE, ORDERED** that the Applicants' motion to intervene is hereby **GRANTED**.

Signed: October 7, 2008

Lacy H. Thornburg
United States District Judge